No. 77–896. VILLAGE OF NORTHBROOK ET AL. v. NORTHBROOK TRUST & SAVINGS BANK ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 77–897. MERIDOR ET AL. v. GOLDBERG ET AL.; and
No. 77–940. SINGER v. GOLDBERG ET AL. C. A. 2d Cir. Certiorari denied. Reported below: 567 F. 2d 209.

No. 77–905. COX, ADMINISTRATRIX v. ADMINISTRATOR, VETERANS' ADMINISTRATION, ET AL. C. A. 2d Cir. Certiorari denied.

No. 77–907. JORDAN v. U. S. NATURAL RESOURCES, INC., IRVINGTON MOORE DIVISION. C. A. 4th Cir. Certiorari denied.

No. 77–912. ALASKA ROUGHNECKS & DRILLERS ASSN. v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 9th Cir. Certiorari denied.

No. 77–913. PAPADOPOULOS v. OREGON STATE UNIVERSITY ET AL. C. A. 9th Cir. Certiorari denied.

No. 77–916. WILLIAMS ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 77–918. FIRST NATIONAL BANK OF GLEN HEAD v. KATZ, TRUSTEE IN BANKRUPTCY. C. A. 2d Cir. Certiorari denied.

No. 77–921. PAGLIARA, AKA SELLS v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 77–923. OLINKRAFT, INC. v. CLARK. C. A. 5th Cir. Certiorari denied.

No. 77–924. KENT v. OHIO. Ct. App. Ohio, Hamilton County. Certiorari denied.